942

No. 72–5991.   DeVito v. Vincent, Correctional Superintendent.   C. A. 2d Cir.   Certiorari denied.

No. 72–407.   Maita v. Superior Court of California, County of San Mateo, et al.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–738.   Parisi v. United States.   C. A. 2d Cir. Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–773.   Hilburn et al. v. Butz, Secretary of Agriculture, et al.   C. A. 5th Cir.   Certiorari denied. Mr. Justice Douglas would grant certiorari.

No. 72–775.   Bates v. Alabama.   Ct. Crim. App. Ala. Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–816.   Rattenni v. United States.   C. A. 2d Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–826.   Broussard v. Patton et al.   C. A. 9th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–839.   Williams v. Mississippi Export Railroad.   Sup. Ct. Miss.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.

No. 72–852.   Zatsky v. United States; and
No. 72–933.   Leisner v. United States.   C. A. 5th Cir.   Certiorari denied.   Mr. Justice Douglas would grant certiorari.   Reported below: 469 F. 2d 336.